UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BRYAN VINCENT and
COURTNEY LOPEZ-CHAVES,
Individually and on behalf
of all others similarly situated,

    Plaintiffs,                          Case No.:

v.

AMY SANDERS, SHAD SANDERS,
and CENTRAL FLORIDA
SURFACES, INC.,

    Defendants.

## DEFENDANTS' NOTICE OF REMOVAL

Defendants, Amy Sanders, Shad Sanders and Central Florida Surfaces, Inc., ("Defendants"), by and through their undersigned attorney, and pursuant to 28 U.S.C. §§ 1441, 1367 and 1446, and Local Rule 4.02, file this Notice of Removal in order to remove this action from the Fifth Judicial Circuit in and for Marion County, Florida, to the United States District Court for the Middle District of Florida, Ocala Division, and in support thereof, allege the following:

1.    Plaintiffs, Bryan Vincent and Courtney Lopez-Chaves ("Plaintiffs"), filed a Complaint in the Circuit Court of the Fifth Judicial Circuit in and for Marion County, Florida, styled *Bryan Vincent, Courtney Lopez-Chaves, individually and on behalf of all similarly situated, v. Amy Sanders, Shad Sanders, and Central Florida Surfaces, Inc.*, Case No. 2018-CA-000356.

2. Plaintiffs' Complaint alleges violations of the Fair Labor Standards Act, 29 U.S.C. §201 *et seq.* ("FLSA"), wherein they allege a failure by Defendants to pay overtime and for alleged violation of the anti-retaliation provisions of the FLSA, 29 U.S.C. §215(a)(3). Plaintiffs seek to maintain their action as a Collective Action.

3. Because Plaintiffs' FLSA claims arise under federal law, federal question jurisdiction exists permitting removal of this action to this Court pursuant to 28 U.S.C. §1441(a).

4. Venue is proper in the United States District Court for the Middle District of Florida, Ocala Division, pursuant to 28 U.S.C. § 1391(b) and 1446(a).

5. The Defendants first had notice of its removal rights when the complaint and summons were served on the Defendant Central Florida Surfaces, Inc.'s Registered Agent on March 16, 2018. This Notice of Removal is filed within thirty (30) days of the Defendants' receipt of the Complaint and Summonses. Therefore, this Notice of Removal is timely and proper. *See* 28 U.S.C. § 1446(b)(1).

6. Pursuant to 28 U.S.C. § 1446(a) and Local Rule 4.02, copies of all process and pleadings served upon Defendants, and all papers now on file in the state court are attached hereto as composite Exhibit "A."

7. A copy of this Notice of Removal is being served upon Plaintiffs by service on their counsel of record. A copy of this Notice of Removal is also being filed with the Clerk of the Circuit Court for the Fifth Judicial Circuit in and for Marion County, Florida.

WHEREFORE, Defendants, Amy Sanders, Shad Sanders and Central Florida Surfaces, Inc., request that this action proceed in this Court as an action properly removed pursuant to 28 U.S.C. § 1441(a).

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 16, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that e-mail notification of this filing was sent to: Sean Culliton, Sean Culliton, Esq., LLC, 150 John Knox Road, Tallahassee, FL 32303, sean.culliton@gmail.com.

/s/ Ronald W. Fraley
Ronald W. Fraley
Florida Bar No. 0747025
The Fraley Firm, P.A.
412 East Madison Street, Suite 1213
Tampa, FL 33602
Primary: rfraley@fraleylawfirm.com
Secondary: phuret@fraleylawfirm.com
Telephone: 813-229-8300
Attorney for Defendants