UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

BRYAN VINCENT and COURTNEY
LOPEZ-CHAVES,

    Plaintiffs,

v.                                                 Case No: 5:18-cv-177-Oc-30PRL

AMY SANDERS, SHAD SANDERS and
CENTRAL FLORIDA SURFACES, INC.,

    Defendants.
_____

## ORDER

THIS CAUSE comes before the Court on the Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 24). Upon review and consideration, it is therefore

ORDERED AND ADJUDGED that:

1. The Joint Motion for Approval of Settlement and Dismissal with Prejudice (Doc. 24) is GRANTED.

2. The Settlement Agreement is approved.

3. This action is DISMISSED WITH PREJUDICE.

4. All pending motions are denied as moot.

5. The Clerk is directed to close this file.

**DONE** and **ORDERED** in Tampa, Florida, this 6th day of May, 2019.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record